**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14 CV 784 |
| v. | ) | |
| | ) | |
| JOSE LUIS MACIEL | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney Shoba Pillay is assigned to this case.

Date: August 1, 2018

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney
Northern District of Illinois

By: */s/ Shoba Pillay*
SHOBA PILLAY
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
Tel: (312) 886-7631